UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LUEVANO,<br>          Plaintiff,<br>v.<br>DIRECTORS REVIEW COMMITTEE,<br>          Defendant. | Case No. 22-cv-07500-HSG<br><br>**ORDER OF DISMISSAL** |

On or about November 28, 2022, the Court docketed a 6-page handwritten document received from Plaintiff, titled "Petition for Investigation and Funds." Dkt. No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to (1) file his complaint on a complaint by a prisoner form, and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court sent Plaintiff a blank complaint form and an *in forma pauperis* application form. Dkt. Nos. 2, 3.

The deadline to file (1) a complaint and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has not filed the required documents. This action cannot proceed without a complaint on the proper form and either the filing fee or an application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to file a complaint on the proper form and for failure to either pay the filing fee or file an application to proceed *in forma pauperis*. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint on the proper form and either the filing fee or an application to proceed *in forma pauperis*.

//

1  The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the
2  case.
3  **IT IS SO ORDERED.**
4  Dated: 1/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge